UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **Donald Ritsema**, | ) |
| Plaintiff, | ) Case No. 1:10-cv-523 |
| | ) |
| | ) Hon. Robert Holmes Bell |
| v. | ) |
| | ) |
| **Credit Bureau Collection Services,** | ) |
| **Inc.,** also doing business as **CBCS**, | ) |
| an Ohio corporation, | ) |
| | ) |
| Defendant. | ) |

**Notice of Dismissal**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Donald Ritsema, through his attorney of record, files this Notice of Dismissal, with defendant having served neither an answer nor a motion for summary judgment.

This Notice of Dismissal is with prejudice.

Dated: June 30, 2010

/s/ Phillip C. Rogers
Phillip C. Rogers (P34356)
Attorney for Plaintiff
40 Pearl Street, N.W., Suite 336
Grand Rapids, Michigan 49503-3026
(616) 776-1176
ConsumerLawyer@aol.com